UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| HEIDELBERG USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV85 HEA |
| ) | |
| PRESTIGE PRINTING COMANY, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** the October 19, 2005 hearing is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file, within thirty (30) days from the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 19th day of October, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE